FILED
UNITED STATES DISTRICT COURT OFFICE
DISTRICT OF MASSACHUSETTS

2005 FEB -2  P 12: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

05 10205 JLT

| | |
|---|---|
| **PRADA S.A.** | |
| Plaintiff, | |
| v. | |
| **BIRDSONG, LLC,** | |
| **AND NATHAN ROSENBERG,** MAGISTRATE JUDGE | |
| Defendants. | |

Case No.:

RECEIPT # _____ 61773
AMOUNT $ _____
SUMMONS ISSUED __ YES
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 2/2/05

## COMPLAINT

Plaintiff, Prada S.A. ("Prada" or "Plaintiff"), complaining of defendants, BirdSong, LLC, and Nathan Rosenberg, (collectively referred to as "Defendants"), alleges as follows:

### STATEMENT OF THE CASE

1.      This is an action for injunctive relief and damages under the Lanham Act and common law unfair and deceptive business practices based on Defendants' sale of counterfeit Prada products.

### JURISDICTION AND VENUE

2.      This claim arises under the Trademark Act of 1946, 15 U.S.C. § 1051, *et seq.*, particularly under 15 U.S.C. § 1114(1). This Court has subject matter jurisdiction over the claims in this action which relate to trademark counterfeiting and infringement, dilution and false designations of origin and false descriptions pursuant to the provisions of 28 U.S.C. §§1331, 1338 and 15 U.S.C. § 1121.

3.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1392(a).

4.      This Court has personal jurisdiction over the Defendants under the provisions of Mass. Gen. L. ch. 223A, § 3, in that Defendants are transacting business within the

Commonwealth and are contracting to supply goods, services or things in this Commonwealth, and have caused tortious injury in this Commonwealth by acts from which Defendants derive substantial revenue paid to Defendants from goods used in this Commonwealth. Defendants have knowingly supplied their counterfeit goods to www.ashford.com ('Ashford') a nationally known internet business, which Defendants knew would be distributed throughout the United States, including within the Commonwealth of Massachusetts.

## THE PARTIES

5.      Prada S.A. (formerly known as Prefel S.A.), is a corporation organized and existing under and by virtue of the laws of Luxembourg with its principal place of business at 23 Rue Aldringen, Luxembourg, and is the registered owner of the Prada trademarks on leather goods, clothing, jewelry, accessories and related items within the United States.

6.      Upon information and belief, the Defendant BirdSong, LLC, is a corporation duly organized and existing under the laws of the State of Nevada, with a usual place of business at 80 Mott Avenue, Suite Number 4, Inwood, New York, 11096. BirdSong, LLC is a known wholesaler of counterfeit goods, and has supplied such goods to Ashford, a nationally known internet business, which has distributed Defendant's goods throughout the United States, including within the Commonwealth of Massachusetts.

7.      Upon information and belief, Defendant Nathan Rosenberg is an individual who is listed as the sole executive of BirdSong, LLC. Nathan Rosenberg has a usual place of business at BirdSong, LLC's principal office, which is 80 Mott Avenue, Suite 4, Inwood, New York 11096.

8.      Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendants have sold and distributed merchandise wrongfully bearing counterfeits of Plaintiff's trademarks, knowing that such merchandise would be distributed throughout the United States, including within the Commonwealth of Massachusetts. Defendants are known and admitted suppliers of a prominent internet business, Ashford, which has sold and distributed

2

counterfeit goods supplied by the Defendants. Ashford was advertising, distributing, offering for sale, and selling numerous items of merchandise wrongfully bearing counterfeits of Plaintiff's trademarks to persons located within this judicial district and elsewhere. Upon information and belief, Defendants continue to supply counterfeit Prada goods to unknown distributors and retailers.

## PLAINTIFF'S TRADEMARKS

9.      Prada S.A. is the owner of numerous trademarks consisting in whole or in part of the name Prada registered on the Principal Register in the United States Patent and Trademark Office under, *inter alia*, Registration Numbers 1,264,243, 1,400,409, 1,869,578, 1,873,854, and 2,162,795 (hereinafter collectively referred to as the "Prada Trademarks"), all of which have achieved incontestable status. True copies of the certificates of registration for these marks are attached hereto as Exhibit A, and made a part hereof.

10.     Commencing at least as early as 1984, Prada merchandise has been widely advertised, offered for sale and sold throughout the United States bearing one or more of the Prada Trademarks.

11.     Through nearly two decades of exclusive and extensive use and advertising, as well as registration with the United States Patent and Trademark Office, the Prada Trademarks have acquired enormous value and recognition as distinctive and famous marks. The Prada Trademarks are well known to the consuming public and trade as identifying and distinguishing Prada S.A. exclusively and uniquely as the source of the high quality products to which the marks are applied.

12.     The Prada Trademarks are world-renowned and signify to customers the identity and quality of the product. The Prada Trademarks are used extensively in advertising and contribute to Prada's overall success in the marketplace.

13.     The Prada Trademarks are in full force and effect. The Prada Trademarks and the goodwill of Plaintiff's businesses in connection with which the Prada Trademarks are used have

3

never been abandoned. Plaintiff intends to continue to preserve and maintain its rights with respect to the Prada Trademarks.

14.     Plaintiff's services and products utilizing and/or bearing one or more of the Prada Trademarks, by reason of their style, distinctive designs and quality have come to be known by the purchasing public throughout the United States as being of the highest quality. As a result thereof, the Prada Trademarks and the goodwill associated therewith are of inestimable value to Plaintiff.

15.     Based on the extensive sales of Plaintiff's products and their wide popularity, the Prada Trademarks have developed a secondary meaning and significance in the minds of the purchasing public, and the products utilizing and/or bearing such marks and names are immediately identified by the purchasing public as being those of the Plaintiff.

16.     The Prada Trademarks are vital to Plaintiff and Plaintiff will suffer irreparable harm if any third parties, including Defendants herein, are allowed to continue engaging in services and selling infringing goods utilizing and/or bearing identical or substantially similar trademarks.

## DEFENDANTS' INFRINGING ACTIVITIES

17.     Defendants have infringed and threaten to further infringe Plaintiff's Prada Trademarks by distributing, selling and/or offering for sale unauthorized merchandise, including but not limited to handbags, backpacks and wallets. For example, the Defendants' purported Prada Tessuto Sport handbag shown in Exhibit B has been examined and has proven to be counterfeit. Exhibit B is one of numerous counterfeit Prada products sold by Defendants to www.ashford.com.

18.     Long after Plaintiff's adoption and use of its Prada Trademarks on handbags, luggage, accessories and other related products, and long after Plaintiff's federal registration of its trademarks, Defendants commenced the distribution, offer for sale, and/or sale of handbags and other merchandise bearing counterfeits and infringements of the Prada Trademarks, as those trademarks appear on Plaintiff's products.

4

19.    Defendants are distributing, offering for sale, and selling their unauthorized products on a wholesale basis to sellers who sell these products throughout the United States, including persons located within the Commonwealth of Massachusetts. Copies of the pertinent pages from www.ashford.com, to which Defendants supplied counterfeit Prada merchandise, are attached hereto as Exhibit C. Due to the nationwide reach of www.ashford.com, Defendants have obtained revenue from the sale of counterfeit Prada products by www.ashford.com to parties in the Commonwealth of Massachusetts and elsewhere.

20.    Upon information and belief, the activities of Defendants complained of herein constitute willful and intentional infringement of the Prada Trademarks, are in total disregard of the Plaintiff's rights, and were commenced and have continued in spite of Defendants' knowledge that the use of any Prada Trademarks, or a copy or colorable imitation thereof, was and is in direct contravention of Plaintiff's rights.

21.    The Defendants' unauthorized use of Prada Trademarks has been without Plaintiff's consent, is likely to cause confusion and mistake in the minds of the purchasing public and, in particular, tends to and does falsely create the impression that the goods sold by Defendants are authorized, sponsored, or approved by Plaintiff when, in fact, they are not.

## FIRST CLAIM FOR RELIEF
### TRADEMARK COUNTERFEITING
### 15 U.S.C. § 1114

22.    Plaintiff incorporates all prior allegations as if set forth fully herein.

23.    Defendants have used spurious designations that are identical with, or substantially indistinguishable from, the Prada Trademarks on goods covered by registrations for these trademarks.

24.    Defendants have intentionally and willfully used these spurious designations knowing they are counterfeit in connection with the sale, offering for sale and distribution of goods for their own personal financial gain, and such intentional and willful conduct by the Defendants makes this an exceptional case.

5

25.    Defendants' use of the Prada Trademarks to offer for sale, sell and distribute Defendants' counterfeit products was and is without the consent of Plaintiff.

26.    Defendants' unauthorized use of Plaintiff's Prada Trademarks on and in connection with the sale of counterfeit goods constitutes Defendants' use of Plaintiff's registered Prada Trademarks in commerce.

27.    Defendants' unauthorized use of Plaintiff's Prada Trademarks, as set forth above, is likely to:

    (a)    cause confusion, mistake and deception;

    (b)    cause the public to believe that Defendants' counterfeit products are authorized, sponsored or approved by Plaintiff or that Defendants are affiliated, connected or associated with or in some way related to Plaintiff;

    (c)    result in Defendants unfairly benefiting from Plaintiff's goodwill and reputation, to the substantial and irreparable injury of the public, Plaintiff and Plaintiff's Prada Trademarks and the substantial goodwill represented thereby.

28.    Defendants' acts as aforesaid constitute trademark counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

29.    Plaintiff has no adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of Defendants' acts as aforesaid in an amount not thus far determined.

30.    Defendants' wrongful acts of counterfeiting will continue unless enjoined by this Court.

**SECOND CLAIM FOR RELIEF**
**Trademark Infringement**
**15 U.S.C. § 1114**

31.    Plaintiff incorporates all prior allegations as if set forth fully herein.

32.    Plaintiff's registered Prada Trademarks are fanciful and arbitrary and are associated in the mind of the public with Plaintiff.

33.     Based on Plaintiff's extensive advertising, sales, and the wide popularity of Plaintiff's products, the Prada Trademarks have acquired secondary meaning so that any product and advertisement bearing such trademarks is immediately associated by purchasers and the public as being a product of and affiliated with Plaintiff.

34.     Defendants use the Prada Trademarks in connection with Defendants' sale and distribution of their counterfeit goods.

35.     Defendants' activities as set forth herein constitute Defendants' use in commerce of the Prada Trademarks.

36.     Defendants have used Plaintiff's registered Prada Trademarks without Plaintiff's consent or authorization. Defendants' use, including the sale and distribution of infringing products in interstate commerce, is likely to cause confusion and mistake in the minds of the public, leading the public to believe that Defendants' products emanate or originate from Plaintiff, or that Plaintiff has approved, sponsored or otherwise associated itself with Defendants, which is untrue.

37.     Defendants have intentionally used the Prada Trademarks knowing they are the exclusive property of Plaintiff in connection with the offering for sale, sale and distribution of counterfeit goods.

38.     Defendants' conduct is intended to exploit the goodwill and reputation associated with Plaintiff's registered Prada Trademarks.

39.     Plaintiff has no control over the quality of Defendants' counterfeit merchandise. Because of the very real likelihood of confusion as to the source of Defendants' products, Plaintiff's reputation and valuable goodwill in its trademarks have been damaged by Defendants' unscrupulous tactics.

40.     Defendants' activities as aforesaid create the false and misleading impression that Defendants are sanctioned, assigned or authorized by Plaintiff to use Plaintiff's Prada Trademarks to advertise, manufacture, distribute, offer for sale or sell counterfeit products bearing the Prada Trademarks, when Defendants are not so authorized.

7

41.    Defendants engage in the aforementioned activity with the intent to confuse and deceive consumers into believing that Defendants and the goods they sell are in some way sponsored by, affiliated or associated with Plaintiff when, in truth, they are not.

42.    Defendants' unauthorized use of the Prada Trademarks as set forth above has resulted in Defendants unfairly benefiting from Plaintiff's advertising and promotion, and profiting from Plaintiff's reputation and its registered Prada Trademarks, to the substantial and irreparable injury of the public, Plaintiff, the Prada Trademarks and the substantial goodwill represented thereby.

43.    Defendants' aforesaid acts constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

44.    Defendants' acts have caused, and will continue to cause, great and irreparable injury to Plaintiff, and, unless such acts are restrained by this Court, they will be continued, thereby causing Plaintiff to continue to suffer great and irreparable injury.  Plaintiff has no adequate remedy at law.

45.    Plaintiff is informed and believes and therefore alleges that Defendants' infringement is both intentional and willful.

46.    Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the aforesaid acts of Defendants in an amount thus far not determined.

### THIRD CLAIM FOR RELIEF
#### False Designations of Origin, False Descriptions and Representations
#### 15 U.S.C. § 1125(a)

47.    Plaintiff incorporates all prior allegations as if set forth fully herein.

48.    Defendants have, in connection with their goods, used in commerce, and continue to use in commerce Plaintiff's Prada Trademarks.

49.    Defendants have affixed, applied and used in connection with their sale of goods, false designations of origin and false and misleading descriptions and representations, including

8

the Prada Trademarks, which tend falsely to describe the origin, sponsorship, association or approval by Plaintiff of the goods sold by the Defendants.

50.    Defendants use one or more of the Prada Trademarks with full knowledge of the falsity of such designations of origin, descriptions and representations, all to the detriment of Plaintiff.

51.    Defendants' use of the Prada Trademarks on the counterfeit goods constitutes false descriptions and representations tending to falsely describe or represent Defendants and Defendants' products as being authorized, sponsored, affiliated or associated with Plaintiff.

52.    Defendants use one or more of the Prada Trademarks on counterfeit goods with the express intent to cause confusion and mistake, to deceive and mislead the purchasing public, to trade upon the high quality reputation of Plaintiff and to improperly appropriate to themselves the valuable trademark rights of Plaintiff.

53.    Defendants' aforesaid acts constitute the use in commerce of false designations of origin and false and/or misleading descriptions or representations, tending to falsely or misleadingly describe and/or represent Defendants' products as those of Plaintiff in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

54.    Defendants' wrongful acts will continue unless enjoined by this Court.

55.    Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the aforesaid acts of the Defendants in an amount thus far not determined.

### FOURTH CLAIM FOR RELIEF
**Federal Trademark Dilution**
**15 U.S.C. §1125 (c)**

56.    Plaintiff incorporates all prior allegations as if set forth fully herein.

57.    Plaintiff is the exclusive owner of the trademark rights herein.

58.    Defendants' use of the Prada Trademarks on the counterfeit goods they sell constitutes Defendants' commercial use in commerce of the Prada Trademarks.

59.    The Prada Trademarks have been used for years and are so globally recognized and associated with Plaintiff that they are entitled to be recognized as famous and distinctive under 15 U.S.C. § 1125(c).

60.    Plaintiff's Prada Trademarks have come to have a secondary meaning indicative of origin, relationship, sponsorship and/or association with the Plaintiff and its distinctive reputation for high quality.  The purchasing public is likely to attribute Defendants' use of the Prada Trademarks to Plaintiff as a source of origin, authorization and/or sponsorship for the products Defendants sell and further, to purchase Defendants' products in the erroneous belief that Defendants are associated with, sponsored by or affiliated with Plaintiff, when Defendants are not.

61.    Plaintiff has not authorized or licensed the use of the Prada Trademarks to Defendants.

62.    Defendants' unauthorized use of the Prada Trademarks in their marketing, sale and distribution of counterfeit products is diluting the distinctive quality of the Prada Trademarks and the goodwill associated with them in violation of Section 43(c) of the Lanham Act, 15 U.S.C § 1125(c).

63.    Such conduct has injured Plaintiff and said injury will continue unless the Court enjoins Defendants from committing further wrongful acts.

64.    Upon information and belief, Defendants intentionally and willfully utilize Plaintiff's Prada Trademarks and trade on Plaintiff's reputation and goodwill.

65.    If such use on the part of the Defendants continues, Plaintiff will suffer irreparable harm of a continuing nature for which there is no adequate remedy at law.

66.    Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the aforesaid acts of Defendants in an amount thus far not determined.

## FIFTH CLAIM FOR RELIEF
### Unfair And Deceptive Business Practices
### Massachusetts Chapter 93A, Section 11

67.    Plaintiff incorporates all prior allegations as if set forth fully herein.

68.    Defendants' acts set forth above constitute unfair and deceptive business practices in violation of Gen. L. ch. 93A, §2 in that the actions are likely to cause confusion in the minds of the consuming public, will destroy the Plaintiff's goodwill, and will unjustly enrich the defendants at the expense of and to the detriment of the Plaintiff.

69.    Defendants' acts are knowing and willful violations of Gen. L. ch. 93A, §§ 2 and 11.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Prada, S.A., demands judgment against the Defendants as follows:

1.    That a preliminary and permanent injunction be issued enjoining and restraining Defendants and their officers, agents, servants, employees and attorneys and all those in active concert or participation with them, from:

A.    Using any reproduction, counterfeit, copy or colorable imitation of the Prada Trademarks to identify any goods or the rendering of any services not authorized by Plaintiff;

B.    Engaging in any course of conduct likely to cause confusion, deception or mistake, or to injure Plaintiff's business reputation or dilute the distinctive quality of Plaintiff's name and Plaintiff's Prada Trademarks;

C.    Using a false description or representation including words or other symbols tending to falsely describe or represent Defendants' unauthorized goods as being those of Plaintiff or sponsored by or associated with Plaintiff and from offering such goods in commerce;

11

D.  Further infringing Plaintiff's Prada Trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any products not authorized by Plaintiff bearing any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's Prada Trademarks;

E.  Using any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's Prada Trademarks in connection with the rental, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff, or to any goods sold, manufactured, sponsored, approved by or connected with Plaintiff;

F.  Making any statement or representation whatsoever, using any false designation of origin or false description or performing any act which can or is likely to lead the trade, public or individual members thereof to believe that any products manufactured, distributed, sold or marketed by Defendants are in any manner associated or connected with Plaintiff, or sold, manufactured, licensed, sponsored, approved or authorized by Plaintiff;

G.  Causing an infringement of any of Plaintiff's Prada Trademarks or of Plaintiff's rights therein, or causing any dilution of Plaintiff's name, reputation or goodwill;

H.  Secreting, destroying, altering, removing or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising,

12

promoting, renting or displaying of all unauthorized products which infringe the Prada Trademarks; and

I.    Effecting assignments or transfers, forming new entities, associations or websites, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (H), above.

2.    Directing that Defendants deliver up for destruction to Plaintiff all unauthorized products and advertisements in their possession or under their control bearing any of Plaintiff's Prada Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices and other means of production of same pursuant to 15 U.S.C. § 1118.

3.    Directing such other relief as the Court may deem appropriate to prevent the trade and public from deriving any erroneous impression that any products manufactured, sold or otherwise circulated or promoted by Defendants are authorized by Plaintiff or related in any way to Plaintiff's products.

4.    Requiring Defendants to pay to Plaintiff such damages as Plaintiff has sustained as a consequence of Defendants' infringement of the Prada Trademarks and Defendants' acts of unfair competition, and to account for all gains, profits and advantages derived by Defendants from the sale of their infringing merchandise bearing the Prada Trademarks and that the award to Plaintiff be trebled as provided for under 15 U.S.C. § 1117; alternatively, that Plaintiff be awarded statutory damages pursuant to 15 U.S.C. § 1117 (c) of up to $1,000,000 for each trademark per type of goods sold that Defendants have counterfeited and infringed.

5.    Ordering that Plaintiff recover the costs of this action together with reasonable attorneys' and investigators' fees and prejudgment interest in accordance with 15 U.S.C. § 1117.

6.    That Plaintiff be awarded treble damages and attorney's fees for Defendants' willful and knowing violations of Gen. L. ch. 93A, §2.

13

7.    Directing that this Court retain jurisdiction of this action for the purpose of enabling Plaintiff to apply to the Court at any time for such further orders and interpretation or execution of any order entered in this action, for the modification of any such order, for the enforcement or compliance therewith and for the punishment of any violations thereof.

8.    Awarding to Plaintiff such other and further relief as the Court may deem just and proper, together with the costs and disbursements which Plaintiff has incurred in connection with this action.

**PRADA S.A.**

By its Attorneys,

BURNS & LEVINSON LLP

Mark Schonfeld (BBO No. 446980)
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110
(617) 345-3000

Dated:  February 1, 2005



Nº 1400409

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this eighth day of July 1986.

*Donald J. Quigg*

Commissioner of Patents and Trademarks

PTO–150

Int. Cl.: 18

Prior U.S. Cls.: 1, 3 and 41

**Reg. No. 1,264,243**

United States Patent and Trademark Office

Registered Jan. 17, 1984

## TRADEMARK
Principal Register

# PRADA

F. lli Prada di Fernanda e Luigia Prada (partnership)
Galleria Vittorio Emanuele, N. 63
Milano, Italy

For: LEATHER GOODS—NAMELY, LEATH-
ER AND LEATHER LIKE ARTICLES—NAME-
LY, WALLETS, PURSES, TRAVELLING BAGS,
AND HAND BAGS; HIDES; TRUNKS AND
SUIT-CASES; RAIN UMBRELLAS; PARASOLS
AND WALKING STICKS; WHIPS, HARNESS
AND SADDLERY ARTICLES, in CLASS 18 (U.S.
Cls. 1, 3 and 41).

Owner of Italy Reg. No. 310,850, dated Jul. 8,
1978, expires Jul. 27, 1997.

Sec. 2(f).

Ser. No. 223,768, filed Jul. 17, 1979.

DAVID E. BUCHER, Examining Attorney



Nº 1264243

# THE UNITED STATES OF AMERICA

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this seventeenth day of January, 1984.



COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 18 and 25

Prior U.S. Cls.: 1, 3, 39 and 41

## United States Patent and Trademark Office

**Reg. No. 1,869,578**
Registered Dec. 27, 1994

### TRADEMARK
### PRINCIPAL REGISTER



PRADA S.P.A. (ITALY CORPORATION)
93 CORSO DI PORTA ROMANA
20122 MILAN, ITALY

FOR: HANDBAGS, SUITCASES, WALLETS, BRIEFCASES, SCHOOL BAGS, HANDBAGS FOR MEN, TRUNKS FOR TRAVEL, LEATHER AND IMITATION LEATHER SOLD IN BULK, HIDE AND IMITATION HIDE SOLD IN BULK, PARASOLS, PATIO UMBRELLAS, UMBRELLAS, WALKING STICKS, HARNESSES AND OTHER SADDLERY ARTICLES, IN CLASS 18 (U.S. CLS. 1, 3 AND 41).

FOR: CLOTHING ARTICLES FOR MEN, WOMEN AND CHILDREN; NAMELY, SHIRTS, BLOUSES, SKIRTS, COATS, TROUSERS, PANTS, VESTS, JERSEYS, PAJAMAS, SOCKS AND STOCKINGS, SINGLETS, CORSETS, GARTERS, UNDERPANTS, PETTICOATS, HATS, HEADSCARVES, NECKTIES, RAINCOATS, OVERCOATS, GREATCOATS, BATHING SUITS, SPORTS OVERALLS, WIND-RESISTANT JACKETS, SKI PANTS, BELTS, FUR COATS, SCARVES, GLOVES, DRESSING GOWNS, FOOTWEAR; NAMELY, SHOES, SPORTS SHOES, SLIPPERS AND BOOTS, IN CLASS 25 (U.S. CL. 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. MI92C007618, FILED 11-6-1992, REG. NO. 00607003, DATED 10-28-1993, EXPIRES 11-6-2002.

OWNER OF U.S. REG. NOS. 1,264,243 AND 1,400,409.

SER. NO. 74-338,266, FILED 12-8-1992.

JULIE CLINTON, EXAMINING ATTORNEY



**The United States of America**

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-seventh day of December 1994.

*Bruce Lehman*

Commissioner of Patents and Trademarks

PTO-130

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,400,409

**United States Patent and Trademark Office**    Registered July 8, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## PRADA

PRADA S.R.L. (ITALY CORPORATION)
CORSO DI PORTA ROMANA
MILANO, ITALY

FOR: WOMEN'S CLOTHING ARTICLES, NAMELY JACKETS, PANTS, JEANS, SHORTS, SHIRTS, BLOUSES, SKIRTS, HOSIERY, BATHING SUITS, WIND RESISTANT JACKETS, OVERCOATS, RAINCOATS, SCARVES, SKI PANTS, NECKTIES, CAPES, UNDERSHIRTS; FOOTWEAR, NAMELY SHOES, BOOTS, SANDALS AND SLIPPERS; WOMEN'S KNITWEAR, NAMELY SWEATERS, PULLOVERS, CARDIGANS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12-1-1980; IN COMMERCE 3-31-1983.

OWNER OF ITALY REG. NO. 310850, DATED 7-8-1978, EXPIRES 7-27-1997.

OWNER OF U.S. REG. NO. 1,264,243.

SEC. 2(F).

SER. NO. 533,897, FILED 4-24-1985.

STEWART J. BELLUS, EXAMINING ATTORNEY



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 20, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,162,795 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 10 YEARS FROM  June 02, 1998
SAID RECORDS SHOW TITLE TO BE IN:  Registrant

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

P. R. GRANT
Certifying Officer

Int. Cls.: 18 and 25

U.S. Cls.: 1, 2, 3, 22, 39, and 41

Reg. No. 2,162,795

United States Patent and Trademark Office

Registered June 2, 1998

## TRADEMARK
## PRINCIPAL REGISTER

# PRADA

PREFEL S.A. (LUXEMBOURG CORPORATION)
3 AVENUE PASTEUR
2311 LUXEMBOURG, LUXEMBOURG

FOR: HANDBAGS, WALLETS, LUGGAGE, ATTACHE CASES, TOTE BAGS, BRIEFCASES, ALL PURPOSE SPORT BAGS, TRAVELLING TRUNKS AND CARRY-ON BAGS, SHOULDER BAGS, GARMENT BAGS FOR TRAVELING, KEYCASES, UMBRELLAS, PARASOLS AND WALKING STICKS, WHIPS, HARNESSES AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-0-1913; IN COMMERCE 9-0-1913.

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, COATS, RAINCOATS, WAISTCOATS, BLOUSES AND PULLOVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEATERS, UNDERWEAR, SOCKS AND STOCKINGS, GLOVES, TIES, SCARFS, HATS AND CAPS, BELTS, BOOTS, SHOES AND SLIPPERS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1913; IN COMMERCE 9-0-1913.

OWNER OF U.S. REG. NOS. 1,869,578, 1,873,854, AND OTHERS.

SEC. 2(F).

SN 75-185,423, FILED 10-22-1996.

NICHOLAS ALTREE, EXAMINING ATTORNEY

Int. Cls.: 18 and 25

Prior U.S. Cls.: 2, 3, 39 and 41

Reg. No. 1,873,854

**United States Patent and Trademark Office** Registered Jan. 17, 1995

## TRADEMARK
### PRINCIPAL REGISTER



PRADA S.P.A. (ITALY CORPORATION)
CORSO DI PORTA ROMANA 93
20122 MILANO, ITALY

FOR: BRIEF CASES; TOTE BAGS; SHOULDER BAGS; SATCHELS; HANDBAGS; TRUNKS; SUITCASES; TRAVELING BAGS; PURSES; BRIEF CASE-TYPE PORTFOLIOS; HAND BAGS FOR MEN; BEACH UMBRELLAS; UMBRELLAS; WALKING STICKS; HARNESSES; SADDLES; WHIPS; ATTACHE CASES; WALLETS, IN CLASS 18 (U.S. CLS. 2, 3 AND 41).

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN; NAMELY, SUITS, TROUSERS, WOMEN'S SUITS, SKIRTS, MEN'S FORMAL DRESS SHIRTS, TUXEDOS, DINNER JACKETS, FORMAL DRESS SUITS, VESTS, TIES, CUMMERBUNDS; SWEATERS, CARDIGANS; SHIRTS; COLLARS; BLOUSES; SPORTS SHIRTS; POLO SHIRTS; UNDERSHIRTS; SLACKS; CAMISOLES; SLIPS; NIGHT GOWNS; PAJAMAS; SCARVES; BELTS, SUN VISORS, GLOVES, HATS AND SUSPENDERS, IN CLASS 25 (U.S. CL. 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. 22967C/89, FILED 7-21-1989, A REG. NO. 538448, DATED 1-10-1991, EXPIRES 7-21-2009.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MILANO" AND "DAL 1913", APART FROM THE MARK AS SHOWN.

SER. NO. 73-822,699, FILED 8-31-1989.

KRISTEN S. BYERS, EXAMINING ATTORNEY



## The United States of America

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.

In Testimony whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this seventeenth day of January 1995.



Bruce Lehman

Commissioner of Patents and Trademarks







Certificato di autenticità · Authenticity certificate card







Prada at Ashford.com

# ashford.com
*Save up to 60% on brand names.*

FREE SHIPPING *details* ▸
questions? 1-866-274-3673

track your order | help desk | shopping bag 🛍

*sign up for special offers* | Enter your email | GO

*Shop:* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Beaume Mercier

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Special Promotion.* Enter to win a $1500 Summer Shopping Spree!

NEW Payment Option! | Buy Fast. Feel Secure. Pay Later. | with [💳] Subject to credit approval.

**Home > Prada**

*search:* [            ] GO

Search within results ☐

## Refine Your Results:

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

171 ITEM(S)  [ 1 ] 2 3 4 5 6 7 8 9 10 ▸

Sort By   Prices - Highest to Lowest   GO

## Featured Items:



Prada Black Nylon Backpack
Our Price: $250.00
**You save 47%**

Prada Olive Snap Tri-Fold Wallet
Our Price: $105.00
**You save 70%**



Prada Pink Nylon Hobo Bag
Our Price: $119.00
**You save 52%**

Prada Black Nylon Hobo
Our Price: $139.00
**You save 69%**

Prada Beige Nylon Hobo
Our Price: $119.00
**You save 52%**



Prada Pink Nylon Hobo Bag
Our Price: $119.00
**You save 52%**

Prada Black Nylon Small Handbag
Our Price: $89.00
**You save 54%**

Prada Pink Nylon Handbag
Our Price: $119.00
**You save 39%**




Prada Black Nylon Handbag
Our Price: $89.00
**You save 64%**

Prada at Ashford.com



**Build Your Ring**
*in 3 easy steps*

1. Select a diamond
2. Choose your metal
3. Choose your setting

more ▶

Prada Black Nylon Handbag
Our Price: $89.00
You save 54%

Prada Black Nylon Hobo
Our Price: $139.00
You save 69%

Prada Black Nylon & Leather
Handbag
Our Price: $295.00
You save 41%

171 ITEM(S)  [1] 2 3 4 5 6 7 8 9 10 ▶

| why ashford  | track your order  | contact us  | affiliate program  | terms and conditions  | privacy policy |



  BizRate.com

Jewelers Mutual
INSURANCE COMPANY

GeoTrust

QUESTIONS?
866-ASHFORD
866-(274-3673) or
+1-954-453-2874
Send us an Online Inquiry.

© 2004.

Phone orders
please mention: **119A9ECA**

Prada at Ashford.com



# ashford.com
*Save up to 80% on brand names.*

*sign up for special offers* | Enter your email | go

**FREE SHIPPING** details▸
questions? 1-866-274-3673

track your order | help desk | shopping bag

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Shop.* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotions* **Enter to win a $1500 Summer Shopping Spree!**

NEW Payment Option! | Buy Fast. Feel Secure. Pay Later. | with | Subject to credit approval.

**Home > Prada**

*search:*

Search within results ☐

## Refine Your Results:

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

go

171 ITEM(S)  ◀ 1 [2] 3 4 5 6 7 8 9 10 ▶

Sort By  Prices - Highest to Lowest    Go



Prada Pink Nylon & Tan Leather Handbag
Our Price: $325.00
**You save 28%**





Prada Black Leather Womens Wallet
Our Price: $139.00
**You save 60%**



Prada Light Blue Zippered Nylon Tote
Our Price: $495.00
**You save 32%**

Prada Blue Nylon & Leather Tote
Our Price: $650.00
**You save 13%**



Prada Beige Nylon w/ Green Leather Trim Tote
Our Price: $395.00
**You save 28%**



Prada White Nylon & Tan Leather Frame Handbag
Our Price: $350.00
**You save 30%**

Prada Yellow Nylon & Leather Tote
Our Price: $650.00
**You save 13%**



Prada Black Nylon & Leather Handbag
Our Price: $399.00
**You save 50%**



Prada Black Nylon & Leather Messenger Bag
Our Price: $279.00
**You save 60%**

Prada at Ashford.com

# ashford.com
*Save up to 60% on brand names.*

*sign up for special offers*  [Enter your email]  GO

*FREE SHIPPING details›*
questions? 1-866-274-3673

track your order  |  help desk  |  Pens & Desktop  |  Ashford Outlet  |  shopping bag

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Shop:* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

**Enter to win a $1500 Summer Shopping Spree!**

*Special Promotions:* Buy Fast. Feel Secure. Pay Later.

**NEW Payment Option!**

Home > Prada

*search:* [ ] GO

## Refine Your Results:

Search within results [ ]

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $300

**Gift Boutique**
Gifts For Her
Gifts under $100

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

157 ITEM(S)  ◄ 1 2 [ 3 ] 4 5 6 7 8 9 10 ►

Sort By   Prices - Highest to Lowest   Go

Prada Black & Creme Nylon & Leather Hobo
Our Price: $395.00
**You save 56%**

Prada Black Nylon Camera Bag
Our Price: $285.00
**You save 41%**

Prada Nylon Womens Wallet
Our Price: $154.00
**You save 56%**

Prada Black Nylon Womens Wallet
Our Price: $155.00
**You save 53%**

Prada Black Wallet
Our Price: $165.00
**You save 49%**

Prada Black Nylon Womens Wallet
Our Price: $155.00
**You save 47%**

Prada Black Nylon Womens Wallet
Our Price: $145.00
**You save 49%**

Prada Brown Nylon & Leather Tote
Our Price: $495.00
**You save 38%**



Prada Beige Nylon & Leather Tote
Our Price: $450.00
**You save 36%**

Prada at Ashford.com

# ashford.com
*Save up to 60% on brand names.*

*sign up for special offers* | Enter your email | go

**FREE SHIPPING** details
questions? 1-866-274-3673

track your order | help desk | shopping bag

**Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet**

*Shop:* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotions:* Enter to win a $1500 Summer Shopping Spree!

NEW Payment Option! | Buy Fast. Feel Secure. Pay Later.

Home > Prada

*search:* _____ GO

Search within results: ☐

## Refine Your Results:

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

157 ITEM(S)  ◀ 1 2 3 [4] 5 6 7 8 9 10 ▶

Sort By   Prices - Highest to Lowest   Go

Prada Beige Quilted Handbag
Our Price: $199.00
**You save 41%**


Prada Camel Zippered Nylon Tote
Our Price: $495.00
**You save 32%**


Prada Black Quilted Messenger Bag
Our Price: $395.00
**You save 34%**

Prada White Nylon & Leather Tote
Our Price: $650.00
**You save 27%**

Prada White Nylon Camera Bag
Our Price: $325.00
**You save 41%**


Prada Black Nylon Mini Tote
Our Price: $295.00
**You save 46%**

Prada Teal Nylon & Tan Leather Handbag
Our Price: $325.00
**You save 28%**

Prada Beige Nylon w/ White Leather Trim Hobo
Our Price: $395.00
**You save 28%**



Prada Black Leather & Nylon Tote
Our Price: $350.00
**You save 33%**

Prada at Ashford.com

# A. ashford.com
*Save up to 60% on brand names.*

**FREE SHIPPING** details ▸
questions? 1-866-274-3673

*sign up for special offers* | Enter your email | go

track your order | help desk | shopping bag 🛍

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Shop:* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotions:* **Enter to win a $1500 Summer Shopping Spree!**

| NEW Payment Options! | Buy Fast. Feel Secure. Pay Later. |

*search:*

Home > Prada

go

Search within results ☐

## Refine Your Results:

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

171 ITEM(S)  ◀ 1 2 3 4 [ 5 ] 6 7 8 9 10 ▶

Sort By   Prices - Highest to Lowest   Go


Prada Black Nylon Mini Tote
Our Price: $295.00
**You save 46%**


Prada Camel Zippered Nylon Tote
Our Price: $495.00
**You save 32%**


Prada Black Leather & Nylon Shoulder Bag
Our Price: $895.00
**You save 38%**


Prada Black Hobo with Studs
Our Price: $495.00
**You save 20%**


Prada Black Satin Handbag
Our Price: $250.00
**You save 9%**


Prada Brown Nylon Handbag
Our Price: $195.00
**You save 22%**

Prada Black Leather Metal Bar Handle Bag
Our Price: $550.00
**You save 42%**

Prada Black Cosmetic Bag
Our Price: $99.00
**You save 29%**

Prada Light Blue Nylon Cosmetic Bag
Our Price: $90.00
**You save 31%**

Prada at Ashford.com

# ashford.com
*Save up to 60% on brand names.*

**FREE SHIPPING** *details*
questions? 1-866-274-3673

*sign up for special offers* | Enter your email | GO

track your order | help desk | shopping bag

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

**Shop** Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotion:* **Enter to win a $1500 Summer Shopping Spree!**

**NEW Payment Option!** | Buy Fast. Feel Secure. *Pay Later.*

**Home > Prada**

*search:* [____] GO

Search within results [ ]

## Refine Your Results:

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

---

171 ITEM(S)  ◀ 1 2 3 4 5 [ 6 ] 7 8 9 10 11 ▶

Sort By  Prices - Highest to Lowest  Go

**Prada Black Nylon & Leather Studs Hobo**
Our Price: $450.00
**You save 24%**

**Prada Brown Leather Daino Handbag**
Our Price: $595.00
**You save 37%**

**Prada Brown Leather & Nylon Tote**
Our Price: $795.00
**You save 31%**

**Prada Black Hobo with Studs**
Our Price: $450.00
**You save 24%**

**Prada Pewter Snap Tri-Fold Wallet**
Our Price: $105.00
**You save 70%**

**Prada Beige Nylon & Leather Flap Handbag**
Our Price: $295.00
**You save 40%**




**Prada Burgundy Snap Wallet**
Our Price: $105.00
**You save 70%**



**Prada White Nylon Makeup Bag**
Our Price: $90.00
**You save 31%**

**Prada Black Nylon Handbag**
Our Price: $199.00
**You save 34%**



Prada at Ashford.com

# ashford.com
*Save up to 60% on brand names.*

FREE SHIPPING details ›
questions? 1-866-274-3673

sign up for special offers › [Enter your email____] go

track your order | help desk | shopping bag 🛍

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Shop* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotions:* Enter to win a $1500 Summer Shopping Spree!

**NEW Payment Option!** Buy Fast. Feel Secure. Pay Later.

Home > Prada

search: [____] go

Search within results ☐

**Refine Your Results:**

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

157 ITEM(S)  ‹ 3 4 5 6 [7] 8 9 10 11 12 ›

Sort By    Prices - Highest to Lowest    Go

Prada Black Leather & Nylon Tote
Our Price: $795.00
**You save 31%**

Prada Black Nylon & Brown Leather Handle Handbag
Our Price: $476.00
**You save 36%**



Prada Brown Leather Daino Handbag
Our Price: $595.00
**You save 37%**

Prada Black Pebbled Leather Handbag
Our Price: $459.00
**You save 48%**

Prada Black Cosmetic Bag
Our Price: $99.00
**You save 29%**




Prada Black Nylon Utility Case
Our Price: $250.00
**You save 9%**

Prada Black Leather & Nylon Large Hobo
Our Price: $795.00
**You save 31%**

Prada Beige Nylon & Leather Flap Handbag
Our Price: $295.00
**You save 40%**



Prada Black Leather Checkbook Wallet
Our Price: $150.00
**You save 57%**

Prada at Ashford.com

# ashford.com

*Save up to 70% on brand names.*

***FREE SHIPPING*** details ›

questions? 1-866-274-3673

*sign up for special offers* | Enter your email | **go**

track your order | help desk | shopping bag

***Shop:*** Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Special / Promotions:* **Enter to win a $1500 Summer Shopping Spree!**

**NEW Payment Option!** | Buy Fast. Feel Secure. Pay Later. | **with** | **Subject to credit approval.**

*search:* ____ **go**

**Search within results** ☐

### Refine Your Results:

**Home > Prada**

171 ITEM(S)  ◀ 4 5 6 7 [8] 9 10 11 12 13 ▶

Sort By   Prices - Highest to Lowest    **Go**

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet



Prada Black Leather Handbag
Our Price: $450.00
**You save 50%**

Prada Olive Snap Wallet
Our Price: $99.00
**You save 71%**



Prada Pink Nylon Cosmetic Bag
Our Price: $90.00
**You save 31%**

Prada Black Pebbled Leather Handbag
Our Price: $459.00
**You save 48%**

Prada Black Nylon & Leather Tote
Our Price: $476.00
**You save 52%**



Prada Black Nylon Handbag
Our Price: $295.00
**You save 38%**

Prada Black Leather & Nylon Handbag
Our Price: $250.00
**You save 58%**



Prada Black Hobo with Studs
Our Price: $495.00
**You save 27%**

Prada Black Leather & Nylon Tote
Our Price: $795.00
**You save 31%**

Prada at Ashford.com

# ashford.com
*Save up to 60% on brand names.*

**FREE SHIPPING!** details >
questions? 1-866-274-3673

*sign up for special offers!* | Enter your email | Go

track your order | help desk | shopping bag

*Shop:* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Special Promotions.* Enter to win a $1500 Summer Shopping Spree!

**NEW Payment Option!** Buy Fast. Feel Secure. Pay Later.

**Home > Prada**

*search:* | Go

Search within results ☐

**Refine Your Results:**

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

**171 ITEM(S)** ◄ 5 6 7 8 | 9 | 10 11 12 13 14 ►

Sort By  Prices - Highest to Lowest | Go



**Prada Black Nylon & Brown Leather Handle Handbag**
Our Price: $476.00
**You save 36%**



**Prada Small Cosmetic Bag**
Our Price: $90.00
**You save 14%**



**Prada Dusty Rose Flap Handbag**
Our Price: $295.00
**You save 40%**



**Prada Mustard Wallet**
Our Price: $99.00
**You save 65%**



**Prada Black Nylon & Leather Tote**
Our Price: $295.00
**You save 34%**



**Prada Black Nylon Handbag**
Our Price: $295.00
**You save 39%**



**Prada Brown Leather and Nylon Shoulder Bag**
Our Price: $695.00
**You save 43%**



**Prada Black Nylon Brown Leather Handle**
Our Price: $695.00
**You save 40%**



**Prada Khaki Leather Metal Handle Handbag**
Our Price: $899.00
**You save 40%**

Prada at Ashford.com

# ashford.com
*Sure up to fill a on brand names.*

**FREE SHIPPING** details »
questions? 1-866-274-3673

*sign up for special offers* | Enter your email | go

track your order | help desk | shopping bag

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Shop:* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotions:* Enter to win a $1500 Summer Shopping Spree!

NEW Payment Option! | Buy Fast. Feel Secure. Pay Later.

Home > Prada

*search:*

Search within results [ ]

## Refine Your Results:

**Brand**
MIU-MIU
Prada
Prada_Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

171 ITEM(S)  ◄ 6 7 8 9 | 10 | 11 12 13 14 15 ►

Sort By   Prices - Highest to Lowest   Go



**Prada Blk/Red Nylon & Leather Messenger Bag**
Our Price: $395.00
**You save 37%**



**Prada Purple & Black Leather & Nylon Handbag**
Our Price: $350.00
**You save 26%**

**Prada Black Leather Checkbook Wallet**
Our Price: $150.00
**You save 57%**



**Prada Olive Zip Wallet**
Our Price: $99.00
**You save 67%**



**Prada Black Leather & Nylon Handbag**
Our Price: $650.00
**You save 4%**

**Prada Beige Nylon Cosmetic Bag**
Our Price: $90.00
**You save 31%**



**Prada Light Brown Nylon & Leather Handbag**
Our Price: $695.00
**You save 7%**

**Prada Brown Nylon & Leather Tote**
Our Price: $440.00
**You save 56%**

**Prada Brown Leather & Nylon Handbag**
Our Price: $595.00
**You save 15%**

Prada at Ashford.com

Page 1 of 2

# ashford.com
*Save up to 60% on brand names.*

**FREE SHIPPING** details ›
questions? 1-866-274-3673

*sign up for special offers* | Enter your email | Go

track your order | help desk | shopping bag

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Shop:* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotion:* Enter to win a $1500 Summer Shopping Spree!

**NEW Payment Option!** | Buy Fast. Feel Secure. Pay Later.

Home > Prada

*search:* | Go

Search within results ☐ | Go

## Refine Your Results:

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

157 ITEM(S) ◄ 7 8 9 10 [ 11 ] 12 13 14 15 16 ►

Sort By   Prices - Highest to Lowest

**Prada Beige Nylon w/ White Leather Trim Tote**
Our Price: $350.00
You save 33%



**Prada Pewter Snap Wallet**
Our Price: $105.00
You save 70%



**Miu Miu Khaki Suede Handbag**
Our Price: $225.00
You save 36%

**Prada Black Leather Wallet**
Our Price: $129.00
You save 63%

**Prada Brown Nylon Messenger Bag**
Our Price: $325.00
You save 36%

**Prada Asymmetrical Black Messenger Bag**
Our Price: $295.00
You save 18%

**MIU-MIU Brown Suede Bag with Fringe**
Our Price: $350.00
You save 38%

**Prada Black Nylon Wallet**
Our Price: $150.00
You save 33%

**Prada Light Blue Nylon Handbag**
Our Price: $119.00
You save 39%

Prada at Ashford.com

# ashford.com
*Save up to 60% on brand names.*

Shop. Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*sign up for special offers* | Enter your email | go

**FREE SHIPPING** details»
questions? 1-866-274-3673          track your order | help desk | shopping bag

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Special Promotions* Enter to win a $1500 Summer Shopping Spree!

NEW Payment Options! | Buy Fast. Feel Secure. Pay Later.

Home > Prada

*search:* [        ] go

☐ Search within results

## Refine Your Results:

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

171 ITEM(S)  ◀ 8 9 10 11 | 12 | 13 14 15 16 17 ▶

Sort By   Prices - Highest to Lowest   Go

**Prada Light Blue Nylon Handbag**
Our Price: $119.00
**You save 39%**

**Prada White Nylon Handbag**
Our Price: $119.00
**You save 39%**

**Miu Miu Black Croco Shoulder Bag**
Our Price: $396.00
**You save 37%**



**Prada Light Blue Handbag**
Our Price: $450.00
**You save 50%**

**Prada Brown Leather & Nylon Tote**
Our Price: $495.00
**You save 16%**

**Prada Brown Leather & Nylon Handbag**
Our Price: $695.00
**You save 12%**







**MIU-MIU Lilac Suede Belt**
Our Price: $149.00
**You save 45%**

**Prada Beige Nylon Hobo Bag**
Our Price: $119.00
**You save 63%**



**MIU-MIU Brown Suede Bag with Fringe**
Our Price: $350.00
**You save 38%**

Prada at Ashford.com

Page 1 of 2

# ashford.com
*Save up to 60% on brand names.*

**FREE SHIPPING** details,
questions? 1-866-274-3673

*sign up for special offers* | Enter your email | GO

track your order | help desk | shopping bag

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Shop:* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotions:* Enter to win a $1500 Summer Shopping Spree!

**NEW Payment Option!** | Buy Fast. | Feel Secure. | Pay Later.

with [card] | with [card]

Home > Prada

*search:*

Search within results [ ]    GO

## Refine Your Results:

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

171 ITEM(S) ◀ 9 10 11 12 [ 13 ] 14 15 16 17 18 ▶

Sort By    Prices - Highest to Lowest    Go



Miu-Miu Black Suede Leather
Handbag
Our Price: $325.00
**You save 35%**



Prada Pink Handbag
Our Price: $450.00
**You save 50%**



Prada Black Cosmetic Bag
Our Price: $99.00
**You save 28%**



Prada Black Nylon Wallet
Our Price: $150.00
**You save 33%**



Prada Black Leather Wallet
Our Price: $129.00
**You save 63%**



Prada Black Leather Shopper Tote
Our Price: $544.00
**You save 36%**



Prada Pink Nylon & Tan Leather
Trim Handbag
Our Price: $395.00
**You save 29%**



Prada Black Nylon & Leather Flap
Handbag
Our Price: $295.00
**You save 40%**



Prada White Large Nylon Camera
Bag
Our Price: $395.00
**You save 25%**

Prada at Ashford.com

# ashford.com
*Save up to 60% on brand names.*

*FREE SHIPPING! details›*
questions? 1-866-274-3673

*sign up for special offers!* Enter your email    go

track your order  |  help desk  |  shopping bag

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet
*Shop*  Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotions*  Enter to win a $1500 Summer Shopping Spree!

NEW Payment Option!  Buy Fast.  Feel Secure.  Pay Later.    with [ ]  with [ ]  Select to credit approval.

Home > Prada

search:

Search within results [ ]

**Refine Your Results:**

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

171 ITEM(S)  ◀ 10 11 12 13 | 14 | 15 16 17 18 19 ▶

Sort By    Prices - Highest to Lowest    Go

Prada White Hobo Handbag
Our Price: $149.00
**You save 67%**

Prada Black Leather Ladies Wallet
Our Price: $135.00
**You save 61%**


Miu Miu Black Croco Handbag
Our Price: $280.00
**You save 38%**

Prada Black Leather Ladies Wallet
Our Price: $125.00
**You save 43%**


Prada Dusty Rose Nylon & Leather
Handbag
Our Price: $350.00
**You save 30%**


Miu Miu Camel Suede Handbag
Our Price: $225.00
**You save 36%**

Prada Brown Nylon w/ Tan Leather
Trim Shopper
Our Price: $595.00
**You save 28%**


Prada Light Blue Handbag
Our Price: $450.00
**You save 50%**





Prada Light Blue Nylon Handbag
Our Price: $119.00
**You save 52%**

Prada at Ashford.com

# ashford.com
*Save up to 60% on brand names.*

*sign up for special offers* [ Enter your email ]   GO

**FREE SHIPPING** details ›
questions? 1-866-274-3673

track your order  |  help desk  |  shopping bag

**Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet**

*Shop:* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotions* Enter to win a $1500 Summer Shopping Spree!

**NEW Payment Option!** Buy Fast. Feel Secure. Pay Later.

*search:*
[ ] GO

Home > Prada

Search within results [ ]

## Refine Your Results:

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $300

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

171 ITEM(S) ◄ 10 11 12 13 14 [ 15 ] 16 17 18 19 ►

Sort By   Prices - Highest to Lowest   Go

**Prada White Handbag**
Our Price: $450.00
**You save 50%**

**Prada Black Leather and Nylon Wallet**
Our Price: $150.00
**You save 46%**



**Prada Mens Black Leather Wallet**
Our Price: $150.00
**You save 36%**

**Prada Beige Nylon w/ Blue Leather Trim Tote**
Our Price: $350.00
**You save 33%**



**Prada Black Cosmetic Bag**
Our Price: $99.00
**You save 37%**

**Prada White Nylon Handbag**
Our Price: $119.00
**You save 39%**

**Prada Black Leather Wallet**
Our Price: $145.00
**You save 49%**



**Prada Pink Handbag**
Our Price: $450.00
**You save 50%**



**Prada White Handbag**
Our Price: $450.00
**You save 50%**

Prada at Ashford.com

# ashford.com

*Save up to 60% on brand names.*

**FREE SHIPPING** details

questions? 1-866-274-3673

*sign up for special offers* | Enter your email | Go

track your order | help desk | shopping bag 

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

**Shop.** Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotions* Enter to win a $1500 Summer Shopping Spree!

NEW Payment Option! | Buy Fast. | Feel Secure. | Pay Later. | with [ ] | with [ ] | [Select to credit approval]

Home > Prada

search:

Search within results | Go

**Refine Your Results:**

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

171 ITEM(S) ◀ 10 11 12 13 14 15 [ 16 ] 17 18 19 ▶

Sort By  Prices - Highest to Lowest  Go



**Prada Beige Handbag**
Our Price: $295.00
**You save 48%**

**Prada White Nylon Handbag**
Our Price: $119.00
**You save 52%**

**Prada Cosmetic Bag**
Our Price: $99.00
**You save 16%**

**Prada Black Leather Handbag**
Our Price: $450.00
**You save 50%**



**Prada Black Handbag**
Our Price: $295.00
**You save 48%**

**Miu Miu Houndstooth Blk & White Handbag**
Our Price: $236.00
**You save 39%**

**Prada Black Cosmetic Bag**
Our Price: $99.00
**You save 41%**

**Prada Black Quilted Handbag**
Our Price: $199.00
**You save 41%**



**Prada Light Blue Nylon Handbag**
Our Price: $119.00
**You save 39%**

Prada at Ashford.com

# ▲ ashford.com
*Save up to 60% on brand names.*

*sign up for special offers* [ Enter your email ] GO

track your order | help desk | shopping bag 🛍

**FREE SHIPPING** details,
questions? 1-866-274-3673

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Shop:* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Promotions:* Enter to win a $1500 Summer Shopping Spree!

NEW Payment Option! | Buy Fast. Feel Secure. Pay Later.

Home > Prada

*search:* [ ] GO

Search within results [ ]

## Refine Your Results:

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

171 ITEM(S)  ◄ 10 11 12 13 14 15 16 [17] 18 19 ►

Sort By  Prices - Highest to Lowest  GO


Prada Mens Black Leather Wallet
Our Price: $150.00
**You save 46%**


Prada Black Leather Wallet
Our Price: $150.00
**You save 45%**


Prada White Quilted Handbag
Our Price: $199.00
**You save 41%**

Prada Brown Nylon & Tan Leather Trim Handbag
Our Price: $395.00
**You save 25%**


Prada Pink Satin Handbag
Our Price: $250.00
**You save 15%**


Prada Black Nylon Cosmetic Bag
Our Price: $90.00
**You save 31%**

Prada Large Cosmetic Bag
Our Price: $99.00
**You save 23%**

Prada Brown Nylon Messenger Bag
Our Price: $325.00
**You save 36%**


Prada Mens Black Leather Wallet
Our Price: $150.00
**You save 36%**

# ashford.com
*Save up to 60% on brand names.*

*sign up for special offers* | Enter your email | Go

FREE SHIPPING *details*
questions? 1-866-274-3673    track your order | help desk | shopping bag

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Shop* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

*Special Premiums* Enter to win a $1500 Summer Shopping Spree!

NEW Payment Option! | Buy Fast. Feel Secure. Pay Later. | with ___ | Subject to credit approval.

**Home > Prada**

*search:* | Go

Search within results □

**Refine Your Results:**

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

171 ITEM(S)  ◄ 10 11 12 13 14 15 16 17 [ 18 ] 19 ▶

Sort By  Prices - Highest to Lowest | Go


Prada Black Handbag
Our Price: $450.00
**You save 50%**


Prada Daino Black Box Handbag
Our Price: $395.00
**You save 58%**


Prada Black Nylon Wallet
Our Price: $195.00
**You save 40%**

Prada Pewter Snap Wallet
Our Price: $105.00
**You save 70%**

Prada White Nylon w/ Tan Leather
Trim Handbag
Our Price: $350.00
**You save 40%**


Prada Beige Nylon w/ White Leather
Trim Tote
Our Price: $350.00
**You save 33%**

Prada Black Nylon & Leather
Handbag
Our Price: $550.00
**You save 31%**


Prada Black 34" Two-Section Belt
Our Price: $180.00
**You save 44%**


Prada Black Wide 32"Braid Belt
Our Price: $140.00
**You save 44%**

# ashford.com

*Sure up to fill in brand names.*

*sign up for special offers* | [Enter your email] **Go**

**FREE SHIPPING** details▸
questions? 1-866-274-3673

track your order | help desk | shopping bag 🛍

Watches | Diamonds | Build Your Ring | Jewelry | Handbags | Home Accents | Sunglasses | Fragrances | Pens & Desktop | Ashford Outlet

*Shop* Prada | Gucci | Fendi | Burberry | Movado | Omega | TAG Heuer | Cartier | Baume Mercier

Enter to win a $1500 Summer Shopping Spree!

*Special Financing* | Buy Fast, Feel Secure, Pay Later

NEW Payment Option!

**Home > Prada**

*search:*

[ ] Search within results          **Go**

**Refine Your Results:**

**Brand**
MIU-MIU
Prada
Prada Sport Handbags

**Category**
Backpacks
Belts & Scarves
Business & Travel
Handbags
Wallets & Accessories

**Gender**
Men's
Unisex
Women's

**Price**
$50 - $100
$100 - $200
$200 - $500
Over $500

**Gift Boutique**
Gifts For Her
Gifts under $100
Gifts under $250

**Shop What's Hot**
Engagement Ring Showcase
Wedding Gifts
Ashford Best Sellers
Back to School
What's New

**Ashford Outlet**
Ashford Outlet

**171 ITEM(S)** ◀ 10 11 12 13 14 15 16 17 18 [ 19 ]

Sort By   Prices - Highest to Lowest   **Go**

Prada Large Black Double Braided Belt
Our Price: $140.00
**You save 44%**

Prada Light Blue 34"Wide Leather Belt
Our Price: $175.00
**You save 30%**

Prada Brown Wide 36"Braid Belt
Our Price: $140.00
**You save 44%**

Prada Light Blue 32"Wide Leather Belt
Our Price: $140.00
**You save 44%**

Prada Light Blue 30"Wide Leather Belt
Our Price: $140.00
**You save 44%**

Prada Tan 38" CircleBuckle Belt
Our Price: $140.00
**You save 44%**

Prada Large Brown Double Braided Belt
Our Price: $250.00

Prada Medium Brown Double Braided Belt
Our Price: $250.00

Prada Black 32" Two-Section Belt
Our Price: $180.00
**You save 44%**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CLERKS OFFICE

1.  **Title of case (name of first party on each side only)**   2005 FEB -2 P 12: 07   Prada S.A. v. BirdSong, LLC and Nathan Rosenberg

2.  **Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).**

U.S. DISTRICT COURT
DISTRICT OF MASS

_____   I.     160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

__X__   II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,  *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     for patent, trademark or copyright cases

_____   III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

_____   IV.    220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

_____   V.     150, 152, 153.

3.  **Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.**

4.  **Has a prior action between the same parties and based on the same claim ever been filed in this court?**
    YES ☐     NO ☑

5.  **Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)**
    YES ☐     NO ☑

    **If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?**
    YES ☐     NO ☑

6.  **Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?**
    YES ☐     NO ☑

7.  **Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).**

    A.     If yes, in which division do all of the non-governmental parties reside?
    Eastern Division ☐     Central Division ☐     Western Division ☐

    B.     If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
    Eastern Division ☐     Central Division ☐     Western Division ☐

1.  **If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)**
    YES ☐     NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME        Mark Schonfeld, Esq.
ADDRESS               Burns & Levinson, LLP  125 Summer Street, Boston, MA  02110
TELEPHONE NO.         (617) 345-3000

J:\Docs\25495\00010\00864698.DOC{

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
IN CLERKS OFFICE

## I. (a) PLAINTIFFS

PRADA S.A.    Italy

2005 FEB 2 | P 12: 07

DEFENDANTS

GIBSON 21 and NATHAN ROSENBERG    Nassau

U.S. DISTRICT COURT
DISTRICT OF MASS.

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Mark Schonfeld
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110    (617) 345-3000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☒ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | or Defendant) | Determination |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS—Third Party | Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Defendants have engaged in the sale of counterfeit Prada products in violation of 15 U.S.C. Section 1114 and have infringed Prada trademarks.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION DEMAND
UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE  February 1, 2005

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____