```
291528
```

**DISTRICT COURT**
N/A

**STATE OF NEW YORK: COUNTY OF N/A**

INDEX NO: 05/10205 JLT
ATTY: BURNS & LEVINSON LLP
125 SUMMER STREET
BOSTON, MA 02110

311653
Attorney File #

**PRADA S.A.**                                                                 Plaintiff(s)

- against -

**BIRDSONG, LLC & NATHAN ROSENBERG**                          Defendant(s)

---

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
MICHAEL MOTTO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 2/4/2005 at 11:30AM at C/O BIRDSONG, LLC, 80 MOTT AVENUE, SUITE 4, INWOOD, NY 11096 deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on NATHAN ROSENBERG. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**INDIVIDUAL**
By personally delivering to and leaving with said NATHAN ROSENBERG a true copy thereof, and that the process server knew the person so served to be the person mentioned and described in said SUMMONS & COMPLAINT IN A CIVIL ACTION

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| Approximate age: **35** | Approximate weight: **170** | Approximate height: **5'7"** |
| Color of skin: **WHITE** | Color of hair: **BLACK** | Sex: **M** |

**Military Service** ☒ Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on FEB 0 8 2005

LUIS A. CRESPO
Commissioner of Deeds
City of New York No. 4-4920
Certificate Filed in Queens County
Commission Expires Aug. 1, 2005

DONNA P. SMITH
Notary Public, State of New York
No. 01SM6105016
Qualified in Queens County
Commission Expires February 2nd, 2008

**Elite Process Servers * 88-08 Little Neck Parkway, Floral Park, NY 11001**