
291527

INDEX NO: 05/10205 JLT
ATTY: BURNS & LEVINSON LLP
125 SUMMER STREET
BOSTON, MA 02110

**DISTRICT COURT**
N/A

311653
Attorney File #

**STATE OF NEW YORK: COUNTY OF N/A**

**PRADA S.A.**                                                      **Plaintiff(s)**

- against -

**BIRDSONG, LLC & NATHAN ROSENBERG**                                **Defendant(s)**

---

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**

MICHAEL MOTTO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 2/4/2005 at 11:30AM at C/O NATHAN ROSENBERG, 80 MOTT AVENUE, SUITE 4, INWOOD, NY 11096 deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on BIRDSONG, LLC. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**CORPORATION**
By delivering to and leaving with BIRDSONG, LLC and that the deponent knew the person so served to be the GENERAL AGENT, NATHAN ROSENBERG, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| | | |
|---|---|---|
| Approximate age: **35** | Approximate weight: **170** | Approximate height: **5'7"** |
| Color of skin: **WHITE** | Color of hair: **BLACK** | Sex: **M** |

Sworn to before me on   FEB 0 8 2005

LUIS A. CRESPO
Commissioner of Deeds
City of New York No. 4-4920
Certificate Filed in Queens County
Commission Expires Aug. 1, 2005

DONNA P. SMITH
Notary Public, State of New York
No. 01SM6105016
Qualified in Queens County
Commission Expires February 2nd, 2008

**Elite Process Servers * 88-08 Little Neck Parkway, Floral Park, NY 11001**