UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 25 P 12:05

U.S. DISTRICT COURT
DISTRICT OF MASS

PRADA S.A.,

    Plaintiff,

v.

BIRDSONG, LLC. and NATHAN ROSENBERG,

    Defendants.

CIVIL ACTION NO. 05-10205 JLT

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Prada S.A. and Defendants Birdsong, LLC and Nathan Rosenberg jointly move this Court for an order extending the time for an additional twenty (20) days, through and including April 18, 2005, for Defendants Birdsong, LLC and Nathan Rosenberg to answer or otherwise plead in response to the Complaint of Plaintiff Prada S.A.. This extension is sought to provide the parties time to discuss a negotiated resolution of the dispute.

Plaintiff is filing this Motion as a courtesy to the defendants, who are not presently represented by Massachusetts counsel.

PRADA S.A.

By: _____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: March 24, 2005

BIRDSONG, LLC and
NATHAN ROSENBERG

OF COUNSEL
Philip A. Kantor
1635 Village Center Circle
Suite 140
Las Vegas, NV 89134

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 24 2005
_____