FILED
IN CLERKS OFFICE

AO 120 (Rev. 2/99)

| TO: | 2005 FEB -2 P 12:07 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|
| Commissioner of Patents and Trademarks Washington, DC 20231 | U.S. DISTRICT COURT DISTRICT OF MASS. | |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___District of Massachusetts___ on the following  ☐ Patents or  ☒ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT District of Massachusetts |
|---|---|---|
| PLAINTIFF | | DEFENDANT |
| Prada S.A. | | BirdSong, LLC and Nathan Rosenberg |

05-10205 JLT

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,264,243 | 1/17/84 | Prada S.A. |
| 2 | 1,869,578 | 12/27/94 | Prada S.A. |
| 3 | 1,400,409 | 7/8/86 | Prada S.A. |
| 4 | 2,162,795 | 6/2/98 | Prada S.A. |
| 5 | 2,873,854 | 1/17/95 | Prada S.A. |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY   ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Final Consent Judgment entered 05/24/2005

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Sarah A. Thornton | /s/ Kimberly M. Abaid | 08/13/2007 |

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy